## Liberty Furnace Co., Inc. *v.* Pettigrew, Appellant.

Before McLEAN, JR., J., without a jury.

Argued November 20, 1975. *Thelma Pettigrew,* appellant, in propria persona, submitted a brief; *Samuel W. Braver,* with him *Harvey E. Robins, Barry M. Simpson,* and *Brennan, Robins & Daley,* for appellee.

Order and judgment affirmed.

## Long, Appellant, *v.* Nationwide Insurance Company.

Before ZAVARELLA, J.

Argued November 20, 1975. *Alfred S. Pelaez,* with him *Kenneth W. Behrend, Mark B. Aronson,* and *Behrend and Aronson,* for appellant; *Charles H. Alpern,* with him *Weis & Weis,* for appellee.

Order affirmed.

## McDade *v.* Adamski, Appellant.

Argued November 18, 1975. *Richard F. Welch,* with him *Larry P. Gaitens,* and *Lucchino, Gaitens & Hough,* for appellant; *Joseph E. Altomare,* with him *Carringer, Swanson & Millin,* for appellee.

Order affirmed.

JACOBS, J., absent.